DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY BRYANT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3329

[April 14, 2022]

Appeal of order denying rule 3.800 motion the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-1998-CF-011995-BXXX-MB.

Larry Bryant, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***